UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES L. DARON, | ) No. CV 11-1100-JST (PLA) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| MICHAEL D. McDONALD, Warden, | ) |
| Respondent. | ) |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 11/19/11

HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE